**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
         Plaintiff,

-VS-

CHARLES GARVIN,
         Defendant
_____/

Court Number: 99-74870
Honorable: Robert H. Cleland
Claim Number: 1999A21909

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

Dated: 4/13/2010

         s/Robert H. Cleland
         U.S. DISTRICT COURT JUDGE